UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARVESTER J. JOHNSON,

Plaintiff,

v.

EBENEZER ESPINOZA,

Defendant.

Case No. 22-cv-09197-WHO (PR)

**ORDER TO PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**

On or before **May 11, 2026**, Plaintiff Larvester J. Johnson must file a response to this Order in which he shows cause why this action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  If Johnson fails to respond or files an inadequate response by May 11, 2026, this federal civil rights action will be dismissed.

On December 23, 2025, I ordered Johnson to "appropriately and fully" respond to defendant's discovery requests and sit for a deposition.  (Order, Dkt. No. 60 at 2.)  In that same order, I directed defendant to serve on Johnson his "Requests for Production and Interrogatories and file a short notice on the docket that the requests have been served" within 30 days from the date of the Order.  (*Id.* at 8.)  Johnson was required to respond to those discovery requests within 45 after being served with them.  (*Id.*)  He was also required to sit for a deposition within 30 days after complying with the discovery requests.  (*Id.*)  I warned Johnson that "[f]ailure to comply with these instructions within the time period stated likely will result in the dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute."  (*Id.*)  I also scheduled a Case Management Conference for April 7, 2026 and asked the parties to file a Joint Case Management Statement by March 31, 2026.  (*Id.* at 8-9.)

Defendant has filed a Case Management Conference Statement. (Dkt. No. 62.) Johnson did not respond to defendant's counsel's attempts to contact him, nor did he file a Case Management Conference Statement. (*Id.* at 1.) Defendant states that on January 14, 2026, he re-served his discovery requests on Johnson and filed a Notice of Discovery. (*Id.* at 2.) Johnson has not responded, nor has he asked for more time to respond to the requests. (*Id.*)

Johnson has failed to comply with my Order to comply with defendant's discovery requests. This constitutes a failure to prosecute and provides cause for dismissal. On or before **May 11, 2026**, Johnson must file a response to this Order in which he shows that he has complied with my December 23, 2025 order regarding discovery and has sat for or scheduled the deposition, or otherwise show good cause why this action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. <u>If Johnson fails to respond or files an inadequate response by May 11, 2026, this federal civil rights action will be dismissed</u>.

The Case Management Conference scheduled for April 7, 2026 is VACATED.

**IT IS SO ORDERED.**

**Dated:** April 1, 2026



WILLIAM H. ORRICK
United States District Judge