UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARVESTER J. JOHNSON,

Plaintiff,

v.

EBENEZER ESPINOZA,

Defendant.

Case No. 22-cv-09197-WHO (PR)

**ORDER OF DISMISSAL**

Defendant filed a motion for summary judgment on June 2, 2025.  Dkt. No. 53.  Plaintiff Larvester Johnson had also filed motions for summary judgme, but he had not responded to discovery.  On December 22, 2025, I directed that plaintiff Larvester Johnson comply with his discovery obligations and sit for a deposition as requested by defendant so that I would have a sufficient record to rule on the motions.  Dkt. 60.

On April 1, 2026, I issued an Order to Show Cause to Johnson to respond by May 11, 2026 why his complaint should not be dismissed for failure to comply with his discovery obligations.  (OSC, Dkt. No. 63.)  Johnson did file a response, in which he stated that he had complied with his discovery obligations.  He did not state, as he was asked to do, that he had sat for a deposition.  (Dkt. No. 64.)

Defendant then filed a response, as directed, to Johnson's filing.  (Dkt. No. 67.)  Defendant states that Johnson telephoned defendant's counsel on April 3, 2026.  (*Id.* at 2.)  Johnson "stated that he received Defendant's discovery requests and would respond."  (*Id.*)  Defendant's counsel explained that he had not received plaintiff's responses to defendant's interrogatories or requests for documents.  (*Id.*)  Johnson mailed some documents to defendant.  (*Id.*)  "During a follow up telephone call on April 27, 2026, Plaintiff stated to

United States District Court
Northern District of California

Defendant's counsel that he had not received the interrogatories, and no responses regarding these were forthcoming." (*Id.*) "In sum, although Defendant has received additional documents from Plaintiff, Defendant has not received responses to Defendant's interrogatories." (*Id.*) And the deposition has not occurred.

In addition, mail sent by the Court to Johnson was returned as undeliverable on May 26, 2026. (Dkt. No. 66.) Mail sent by defendant to Johnson was also returned as undeliverable. (Dkt. No. 67 at 2.) According to defendant, Johnson was released from custody on May 11, 2026. (*Id.*) "Given the timing of these issues, and the fact that Plaintiff is no longer in custody, the deposition of Plaintiff has not taken place." (*Id.*)

Johnson has not complied with his discovery obligations, sat for a deposition, or updated his mailing address with the Court. As stated in the Order To Show Cause, "Johnson has failed to comply with my Order to comply with defendant's discovery requests. This constitutes a failure to prosecute and provides cause for dismissal." (OSC, Dkt. No. 63 at 2.) Johnson has not shown cause why this action should not be dismissed. And he has not kept the Court apprised of his contact information. Accordingly, this civil rights action is DISMISSED for failure to prosecute and for failure to comply with discovery obligations.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 25, 2026



WILLIAM H. ORRICK
United States District Judge